JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARIO RAMIREZ, an individual,

Plaintiff,

v.

UPDIKE DISTRIBUTION LOGISTICS, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,

Defendant.

Case No. 5:25-cv-01565-MRA (ASx)

**ORDER RE: JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [22]**

District Judge: Hon. Monica Ramirez Almadani
Magistrate Judge: Hon. Alka Sagar

**ORDER**

Pursuant to the Parties' Joint Stipulation of the Entire Action with Prejudice,

IT IS HEREBY ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE, and that each Party shall bear his or its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 25, 2026

Hon. Mónica Ramírez Almadani
United States District Judge